**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **FRANDY CADET,**<br><br>Plaintiff,<br><br>v.<br><br>**MASSAGE ENVY FRANCHISING, LLC and PRAYUS GROUP, LLC d/b/a MASSAGE ENVY,**<br><br>Defendants. | Civil Action No.: 3:24-cv-00927<br><br>September 5, 2025 |

**PARTIES' JOINT STIPULATION OF DISMISSAL**

Pursuant to this Court's Order dated August 8, 2025 (ECF No. 56) Plaintiff, Frandy Cadet, and Defendants, Massage Envy Franchising, LLC, and Prayus Group, LLC (collectively the "Parties"), hereby submit that the following:

It is hereby stipulated by and between all Parties, through the undersigned counsel, that the above-captioned action be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated at New Haven, Connecticut on this 5th day of September, 2025.

Respectfully submitted,

*/s/ Jonathan M Bechtel*
Jonathan M. Bechtel, Esq. (ct29426)
Stanfield Bechtel Law, PLLC
93 Broad Street, 1st Floor
Middletown, CT 06457
Tel.: (860) 516-4400
Fax: (860) 516-4401
jbechtel@stanfieldbechtel.com

*Attorneys for Plaintiff, Frandy Cadet*

*/s/ Dylan C. Harriger*
Dylan C. Harriger (ct31698)
Craig T. Dickinson (ct18053)
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street, Suite 300
New Haven, CT 06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
dharriger@littler.com
cdickinson@littler.com

*Attorneys for Defendant, Prayus Group, LLC*

*/s/ Elizabeth S. Torkelsen*
Elizabeth S. Torkelsen, Esq. (ct15210)
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, Connecticut 06901
Telephone: (203) 326-7417
Facsimile: (203) 326-7580
etorkelsen@ebglaw.com

*/s/ Caroline Larsen*
Caroline Larsen, Esq.
Admitted Pro Hac Vice
Thorpe Shwer, PC
3200 North Central Avenue
Phoenix, Arizona 85012
Telephone: (602) 682-6114
CLarsen@thorpeshwer.com

*Attorneys for Defendant Massage Envy Franchising, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September, 2025 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

*/s/ Dylan C. Harriger*
Dylan C. Harriger (ct31698)